# UNITED STATES DISTRICT COURT
for the
District of Maryland

LMF/bv

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
GOOGLE INC. EMAIL ACCOUNTS; CYNDIJ2005@GMAIL.COM )
LLOYDHALE08@GMAIL.COM; BOBNUT71@GMAIL.COM; )
FEBERALEX@GMAIL.COM )

Case No. 14-507 WGC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

GOOGLE INC. EMAIL ACCOUNTS ;CYNDIJ2005@GMAIL.COM;LLOYDHALE08@GMAIL.COM; BOBNUT71@GMAIL.COM FEBERALEX@GMAIL.COM, and as further described in ATTACHMENT A.

located in the **Northern** District of **California**, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 18 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C. §§ 2251 and 2252A | Involving the use of a computer in or affecting interstate commerce to advertise, transport, receive, distribute, possess and/or access child pornography |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Daniel E. O'Donnell, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/27/2014 3:00 p.m.

_____
*Judge's signature*

City and state: Greenbelt, Maryland

William Connelly, Chief United States Magistrate Judge
*Printed name and title*